154 A.3d 741

Diane FLORIAN, Appellant

v.

SOUTHWESTERN VETERANS CENTER; Department of Military and Veterans Affairs; Commonwealth of Pennsylvania; and District 13, District Council 84, American Federation of State, County and Municipal Employees, AFL–CIO, Appellees

No. 3 WAP 2016

Supreme Court of Pennsylvania.

Feb. 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the order of the Commonwealth Court is **AFFIRMED.**